UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STEVEN MATZURA, *on behalf of himself and all other persons similarly situated*,

                      Plaintiff,

    -against-

WHITE CASTLE SYSTEM, INC.,

                      Defendant.

------------------------------------- x

ORDER

19 Civ. 9927 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request for an extension of time to respond to the complaint and for an adjournment of the initial conference, (ECF No. 13), is GRANTED. Defendant's response is due by April 3, 2020. The initial conference is adjourned from March 11, 2020 to April 8, 2020 at 9:30 am.

Dated: New York, New York
       February 28, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge