**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

STEVEN MATZURA,

                      Plaintiff,

        -against-

WHITE CASTLE SYSTEM, INC.,

                      Defendant.

------------------------------------- x

ORDER

19 Civ. 9927 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 8, 2020 conference is adjourned to June 10, 2020 at 9:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge